**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK JAMES CAVANAUGH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DAVID FENNELL,<br>Medical Director,<br><br>　　　　　Respondent. | NO. CV 17-8945-FMO(E)<br><br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

　　　　DATED: September 25, 2018.


　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE